

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-12-00066-CR

**EX PARTE** Patricia Foster **SKELTON**,

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2011-2993-DC
Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

The Appellant's Request for Oral Argument on Motion for Rehearing is hereby DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court